## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **HEATHER ADAMSON,** )<br>  Plaintiff, )<br> )<br> v. )<br>**MIDLAND CREDIT MANAGEMENT** )<br>**INC.; and DOES 1-10, INCLUSIVE** )<br>  Defendant. ) | **CIVIL ACTION**<br>**NO.  1:14-cv-11936-FDS** |

## ORDER OF DISMISSAL

**SAYLOR, DJ.**

A stipulation of dismissal with prejudice having been filed on November 24, 2014 and signed by all parties, this matter is hereby DISMISSED with prejudice.

SO ORDERED.
BY THE COURT:

December 1, 2014   /s/ Lisa Pezzarossi
Date   Deputy Clerk